■  In the Matter of ROBERT E. JONES, Appellant, v THERESA LAIRD, Respondent. [913 NYS2d 636]—Appeal from an amended order of the Supreme Court, Ontario County (William F. Kocher, A.J.), entered June 30, 2009. The amended order, among other things, dismissed the petitions requesting modification of a prior order and alleging respondent violated a court order.

1770

It is hereby ordered that said appeal is unanimously dismissed without costs as moot (*see Matter of Kelly F. v Gregory A.F.*, 34 AD3d 1277 [2006]). Present—Smith, J.P., Peradotto, Carni, Lindley and Sconiers, JJ.